IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| Plaintiff,        ) | CASE NUMBER: 1:10CR00416-011 |
| vs.        ) | ORDER OF RELEASE |
| VIANEY GARCIA-VIVEROS,        ) | |
| Defendant.        ) | |

The above named defendant having been sentenced on February 13, 2012, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.  This Order in no way addresses any potential or existing Immigration or Deportation holds or warrants.  This Order in no way addresses any potential holds or warrants in any other cases, Federal or State.

IT IS SO ORDERED.

**Dated:   February 13, 2012**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1